

**Entered on Docket
December 07, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kevin Hahn  
Nevada Bar No. 9821  
MALCOLM ♦ CISNEROS, A Law Corporation  
2112 Business Center Drive  
Irvine, California 92612  
(949) 252-9400 Phone  
(949) 252-1032 Fax  

**E-FILED Nov. 30, 2009**

Attorneys for WELLS FARGO HOME MORTGAGE

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Chapter 13 |
| WINNA J. HESSER, | Case No. S-09-17320-MKN |
| Debtor. | Hearing Date: October 28, 2009<br>Hearing Time: 1:30 p.m. |
| | Location:   Foley Federal Building<br>            Courtroom No. 2 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The Motion for Relief from Automatic Stay of WELLS FARGO HOME MORTGAGE came on regularly for hearing before this court on October 28, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and hereby is granted.

///

///

///

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to real property commonly known as 1709 Double Arrow Pl., Las Vegas, NV 89128.

SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
2112 Business Center Drive
Irvine, California 92612
(949) 252-9400
Attorney for WELLS FARGO HOME MORTGAGE

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

____ The Court waived the requirement of approval under LR 9021.
____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

KATHLEEN A. LEAVITT, Trustee: _____

   Approved_____        Disapproved_____        Failed to Respond __X__